

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00661-CR

Karl **KEENE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11671
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 12, 2013.

Karen Angelini, Justice